# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF JINKINS,<br><br>      Plaintiff,<br><br>  v.<br><br>W-MURRIETA, LLC, a California Limited Liability Company; BEST BUY STORES, L.P., a Virginia Limited Partnership; and Does 1-10,<br><br>      Defendants. | Case: 5:14-CV-02587-JGB-DTB<br><br>**ORDER** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: <u>August 3, 2015</u>     _____
                               HONORABLE JESUS G. BERNAL
                               UNITED STATES DISTRICT COURT JUDGE